**Order entered September 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00861-CV

**TDINDUSTRIES, INC., Appellant**

**V.**

**MY THREE SONS, LTD., MY THREE SONS MANAGEMENT, LLC, PRESTONWOOD OB/GYN ASSOCIATES, P.A., CHRISTOPHER RIEGEL, MD, P.A., AND CHRISTOPHER RIEGEL, Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00398-2013**

## ORDER

The Court has before it appellees' September 16, 2013 unopposed motion to extend time to file appellees' brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellees on September 16, 2013 be timely filed as of today's date.

/s/     ELIZABETH LANG-MIERS
         JUSTICE